

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

FEDERAL CIVIL RIGHTS COMPLAINT WITH DAMAGES DEMAND

**Plaintiff:**

Latanya Townsel-King

62 Progressive Ave.

Buffalo, NY 14207

Phone: 716-803-9410

Email: LATANYAMCCAIN95@gmail.com

**Defendants:**

Buffalo Public Schools; Board of Education;

Olmsted School #156; Principal Giovanna Cotto;

Associate Superintendent Charline Watson;

Additional Staff Members Involved

INTRODUCTION

This lawsuit is filed for discrimination, harassment, negligence, emotional distress, and violations of federal civil rights laws, including 42 U.S.C. §1983.

FACTUAL ALLEGATIONS

Plaintiff asserts that the minor child, Heaven Townsel (11), was subjected to repeated harassment, discrimination, and hostile treatment at Olmsted 156 by school leadership and staff.

DAMAGES DEMAND

**Total Educational Damages Requested: $84,000**

Calculation:

- $14,000 per academic year × 6 years (Grades 7–12)

- Total = **$84,000**

This amount represents the necessary cost to place the minor child in an equally accredited private school due to the harmful, discriminatory environment created by Defendants.

**Additional Damages:**

- Pain and suffering

- Emotional distress

- Transfer-related costs

- Lost wages from school meetings

- Punitive damages

**RELIEF REQUESTED**

Plaintiff respectfully requests judgment including full damages listed, corrective action, and any additional relief deemed just.

**SIGNATURE:**

*/s/ L. Townsel-King*

Latanya TownselKing

Date: 11-21-25

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Latanya Tourset-King

**DEFENDANTS**
Buffalo Public Schools Board of Education 712 City Hall 65 Niagara Square Buffalo NY 14202

(b) County of Residence of First Listed Plaintiff: Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [X] 448 Education

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §1983

Brief description of cause:
discrimination harassment negligence emotional distress violations of civil rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ _____
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: _____
DOCKET NUMBER: _____

DATE: _____
SIGNATURE OF ATTORNEY OF RECORD: _____

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____